UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES WALKER, MIKIMA KLINE, and COZETTE MCNEIL, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:02-CV-343 (Phillips) |
| COAL (3) THREE, INC., d/b/a LEE'S SCOOTER AND JEEP RENTAL and ROGER ALLEN d/b/a ROGER'S BODY SHOP and DARWIN J. WALKER, ) ) ) ) ) | |
| Defendants. ) | |

## O R D E R

This matter is before the Court upon defendant Darwin J. Walker's motion to dismiss [Doc. 78]. Defendant Walker moves the Court pursuant to Fed.R.Civ.P. 4 for a dismissal of the third-party plaintiff Coal (3) Three, Inc. 's action against him. As grounds, defendant states that third-party plaintiff Coal (3) Three, Inc. has not obtained service of the complaint on defendant Walker, and therefore, third-party plaintiff Coal (3) Three, Inc.'s action should be dismissed for ineffective service of process. Coal (3) Three, Inc. has not filed any objections to defendant Walker's motion. For good cause stated, defendant Walker's motion [Doc. 78] is **GRANTED.**

**IT IS SO ORDERED.**

ENTER:

s/Thomas W. Phillips
**UNITED STATES DISTRICT JUDGE**